IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 MAY 25 PM 3:26

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| STEPHANIE SIMMONS,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>Defendant/Counter Plaintiff. | NO. 04-2075 Ml/P |
| ALLSTATE INSURANCE COMPANY,<br><br>    Petitioner,<br>vs.<br><br>STEPHANIE SIMMONS and<br>WASHINGTON MUTUAL FINANCE<br>GROUP, LLC, f/k/a WASHINGTON<br>BANK, FA,<br><br>    Respondents. | |

### ORDER SETTING STATUS CONFERENCE

The Court will hold a conference in this matter on <u>Monday, July 25, 2005 at 9:00 a.m.</u> in Courtroom No. 4.

SO ORDERED THIS **24** DAY OF May, 2005.

                    /s/ Jon P. McCalla
                    JON P. McCALLA
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02075 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT