IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 25 AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| STEPHANIE SIMMONS, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | 04-2075 Ml/P |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHANIE SIMMONS and WASHINGTON MUTUAL FINANCE GROUP, LLC f/k/a WASHINGTON MUTUAL BANK, FA, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER FOLLOWING STATUS CONFERENCE**
**AND**
**ORDER GRANTING PETITION FOR INTERPLEADER**

A status conference in this case was held on July 25, 2005. Representing Stephanie Simmons at the conference were Linley Richter and Johnny Rasberry. Representing Defendant Allstate Insurance Company was David Waldrop. Representing Washington Mutual Finance Group, LLC f/k/a Washington Mutual Bank, FA was John Wilson.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05



For the reasons stated at the conference, the pending motion for interpleader of Allstate Insurance Company is GRANTED. As indicated at the conference, Allstate will promptly pay the relevant funds to the Clerk of Court.

A status conference is set for <u>Thursday, August 25, 2005, at 9:00 a.m.</u>, at which time Washington Mutual will advise how it will proceed. The Answer of Washington Mutual was due on July 5, 2005. The parties agree that an extension of time is appropriate. The time to answer is, therefore, extended to Monday, August 15, 2005.

So ORDERED this 25th day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02075 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT