

FILED BY _____ D.C.

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

05 AUG 16 PM 3:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

STEPHANIE SIMMONS,

    Plaintiff/Counter-Defendant,

v.                                     No. 04-2075-MIP

ALLSTATE INSURANCE COMPANY,

    Defendant/Counter-Plaintiff,



MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
8/17/2005

ALLSTATE INSURANCE COMPANY,

    Petitioner,

v.                                     No. 04-2075-M1/P

STEPHANIE SIMMONS, and
WASHINGTON MUTUAL FINANCE GROUP,
LLC, F/K/A/ WASHINGTON MUTUAL BANK, FA,

    Respondents.

FILED BY _____ D.C.
05 AUG 17 AM 11:48
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

### MOTION FOR EXTENSION OF TIME

COMES NOW the Respondent, Washington Mutual Finance Group, LLC, ("WAMU") and moves this Court for an Extension of Time To Respond to the Petition for Interpleader. In support whereof, WAMU states:

1.     There is good cause for the Court to extend WAMU's time to respond to the Interpleader.

2.     WAMU has been conducting an investigation into the facts relevant to its claim or potential claim to the insurance proceeds.

Page 1 of 2

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05

(32)

3. In order to resolve the issue of WAMU's potential claim, counsel for WAMU needs to contact a particular employee of WAMU, and has been unable to do so.

4. Undersigned counsel expects to resolve the issue tomorrow, and needs an extension of time to file the answer.

5. The requested extension of one week will not prejudice Ms. Simmons. There is a status conference scheduled for August 25, 2005. If the requested relief is granted, it will not affect the status conference, as the requested new deadline is August 22, 2005.

6. This motions is timely made, as the due date for the response is the date of this filing.

7. Undersigned counsel certifies that he spoke with Linley Richter, counsel for Ms. Simmons, and he did not object to the requested relief.

Respectfully submitted,
**WYATT, TARRANT & COMBS**

By: _____
JOHN WILSON, III   016 286
1715 Aaron Brenner Dr., Suite 800
Memphis, TN  38120-4367

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly served, via U.S. Mail postage prepaid, upon Linley Richter, counsel for Ms. Simmons

8/15/05

Page 2 of 2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02075 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT