**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 SEP 27 AM 9: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| STEPHANIE SIMMONS, | ) | |
| | ) | |
| **Plaintiff, Counter Defendant** | ) | |
| | ) | |
| Vs. | ) | **Docket No. 04-02075** |
| | ) | |
| ALLSTATE INSURANCE, | ) | |
| | ) | |
| **Defendant, Counter Plaintiff.** | ) | |

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| | ) |
| **Petitioner** | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHANIEE SIMMONS and | ) |
| WASHINGTON MUTUAL FINANCE | ) |
| GROUP, LLC f/k/a WASHINGTON | ) |
| BANK, FA | ) |

### ORDER DISBURSING FUNDS AND DISMISSING CASE

Having received the order from the Plaintiff's currently pending bankruptcy case, the court finds that the funds deposited with the court by Allstate Insurance Company shall be disbursed as follows:

The sum of $28,084.66 shall be disbursed directly to George W. Emerson, Chapter 13 Trustee.

The sum of $7,408.50 shall be disbursed directly to Richter & Rasberry, P.C.

The balance of the funds deposited with the court shall be disbursed directly to the Plaintiff, Stephanie Simmons.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-27-05

This matter is hereby dismissed with prejudice and costs are assessed against Allstate Insurance Company.

So ORDERED this _____ day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02075 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT