FILED BY ⎯⎯ D.C.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 SEP 27 AM 9: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

STEPHANIE SIMMONS,

**JUDGMENT IN A CIVIL CASE**

VS

ALLSTATE INSURANCE COMPANY.

**CASE NO: 04-2075 Ml/P**

---

This matter having been resolved by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order Disbursing Funds and Dismissing Case filed September 26, 2005, this case is DISMISSED with prejudice and costs are assessed against Defendant Allstate Insurance Company.

APPROVED:

/s/ JPM<sup>c</sup>Calla

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Sept. 26, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

/s/ Judy Easley
(By) / Deputy Clerk



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-27-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02075 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

R. Linley Richter
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Johnny Quitman Rasberry
LAW OFFICE OF JOHNNY RASBERRY
100 N. Main St.
Ste. 2909
Memphis, TN 38103

Dee Shawn Peoples
LAW OFFICE OF R. LINLEY RICHTER, JR.
100 N. Main St.
Ste. 2909
Memphis, TN 38103

David M. Waldrop
HOLLEY WALDROP NEARN & LAZAROV
9032 Stone Walk Place
Germantown, TN 38138

Honorable Jon McCalla
US DISTRICT COURT